IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DARLA MARSHALL, Administratrix of the Estate of James Franklin Marshall, and Individually,<br><br>Plaintiff(s),<br><br>VS.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. CV 08-805-JPG-PMF<br>)<br>)<br>)<br>) |

# JUDGMENT IN A CIVIL CASE

**GILBERT, Judge:**

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**Dated: August 6, 2009**

JUSTINE FLANAGAN, ACTING CLERK

BY:s/Deborah Agans, Deputy Clerk

**APPROVED:** *s/ J. Phil Gilbert*
                U. S. DISTRICT JUDGE